## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Colin Bieze

                    Plaintiff,

v.                                                       Case No.: 1:23−cv−04667

                                                                     Honorable Sara L. Ellis

Old Town Smoke Mart LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [16], the Court dismisses this matter with prejudice and with each party to bear its own costs and fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.